140-15

CCA # 13-13-00014-CR

OFFENSE: Aggravated Sexual Assault

STYLE: JUAN GARCIA v. THE STATE OF TEXAS

COUNTY: Matagorda

TRIAL COURT: 130th District Court
TRIAL COURT #: 12-112
TRIAL COURT JUDGE: Hon. Craig Estlinbaum
DISPOSITION: Affirmed
DATE: 01/09/15
JUSTICE: Gregory T. Perkes ___ PC ___ S ___
PUBLISH: _____ DNP: ___x___

MOTION FOR REHEARING IS: denied
DATE: 01/09/15
JUDGE: Gregory T. Perkes

CLK RECORD: 1
RPT RECORD: 5 volumes
STATE BR: 1
APP BR: 1

SUPP CLK RECORD _____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # **140-15**

-------------------

__APPELLANT'S__ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

__REFUSED__

DATE: __03/18/2015__

JUDGE: __Per Curiam__

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____ PC: _____
PUBLISH: _____ DNP: _____

-------------------

__APPELLANT'S__ MOTION FOR REHEARING IN

CCA IS: _denied_ ON _April 22, 2015_

JUDGE: _PC_

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS   FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 13-13-00014-CR
PD-0140-15

Tr. Ct. No. 12-1-12

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

4/23/2015
GARCIA, JUAN

13TH COURT OF APPEALS  CLERK
DORIAN RAMIREZ
901 LEOPARD
CORPUS CHRISTI, TX  78401
* DELIVERED VIA E-MAIL *